UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


MARLA LEVINE, O/B/O A.L.,                              :

       Plaintiff,                                     :

       vs.                                            :   No. 3:13cv1493(WIG)

CAROLYN W. COLVIN,                                     :
Acting Commissioner,
Social Security Administration,                        :

       Defendant.                                     :
-------------------------------------------------------------X


ORDER GRANTING DEFENDANT'S MOTION FOR ENTRY OF JUDGMENT
WITH REVERSAL AND REMAND [DOC. # 10]


Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security
Administration, has moved this Court to enter judgment with a reversal and remand of this cause
to the Commissioner. Counsel for Defendant represents that he has contacted Plaintiff's counsel,
Randi Mezzi, Esq., who consents to the relief sought in this motion.

Under sentence four of 42 U.S.C. § 405(g), the Court has the power to enter a judgment
with a reversal and remand of the cause to the Commissioner for further proceedings. *See*
*Shalala v. Schaefer*, 509 U.S. 292, 297 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991).
Remand for further development of the record is appropriate when gaps exist in the
administrative record or when the administrative law judge ("ALJ") committed legal error. *See*
*Parker v. Harris*, 626 F.2d 225, 235 (2d Cir. 1980).

Here, the Commissioner has determined, and Plaintiff's counsel concurs, that remand of this case is necessary for further development of the record and additional administrative proceedings.  Upon remand, the Social Security Administration's Appeals Council will remand this case to an administrative law judge ("ALJ").  The ALJ will give the Claimant an opportunity for a new hearing and obtain additional evidence.  The ALJ will re-evaluate the medical evidence including the Claimant's IQ scores and determine if the criteria of any of the subsections of Listing 112.05 are satisfied.  If warranted, the ALJ will seek the services of a psychological expert.  The ALJ will then issue a new decision.

Accordingly, the Court hereby GRANTS the Defendant's Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to the Defendant [Doc. # 10].  This is not a Recommended Ruling.  The parties have consented to the Magistrate Judge's entering a final order in this case without the need for entry of a recommended ruling and review by a District Judge.  *See* Fed. R. Civ. P. 73(b).

The Clerk is directed to enter a separate judgment in favor of Plaintiff in this matter under Rule 58(a), Fed. R. Civ. P., to remand this cause to the Commissioner for further administrative proceedings in accordance with this Order, and to close this case.

It is SO ORDERED, this ___6th___ day of February, 2014, at Bridgeport, Connecticut.

                                    /s/ *William I. Garfinkel*
                                    WILLIAM I. GARFINKEL
                                    United States Magistrate Judge